1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ADAM A. REEVES (NYSB 2363877)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7157
7     Facsimile: (415) 436-7234
      Adam.Reeves@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14                                      )  No. 3-09-70004 (MEJ)
   UNITED STATES OF AMERICA,            )
15                                      )  STIPULATION AND [PROPOSED]
         Plaintiff,                     )  SCHEDULING ORDER
16                                      )
      v.                                )
17                                      )
   ALEXANDER JAMES TRABULSE,            )
18                                      )
         Defendant.                     )
19                                      )
                                        )
20 ─────────────────────────────────────

21      WHEREAS, a Criminal Complaint was filed in this matter on January 2, 2009;

22      WHEREAS, the defendant was arrested and initially appeared in this matter on January 5,

23 2009;

24      WHEREAS, pursuant to Federal Rule of Criminal Procedure 5.1 the Court is required to

25 conduct a preliminary hearing on or before January 23, 2009 unless, *inter alia*, the defendant,

26 who is out of custody, waives the preliminary hearing or is indicted;

27      WHEREAS, the defendant's counsel believes that additional time is necessary to review

28

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 3-09-70004 (MEJ)

                                        1

1  the evidence and investigate the case, and believes it is in the best interests of the defendant to do
2  so before formal charges are filed;

3  WHEREAS, taking into account the public interest in the prompt disposition of criminal
4  cases, these grounds are good cause for extending the time limits for a preliminary hearing under
5  Federal Rule of Criminal Procedure 5.1;

6  WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable
7  time necessary for effective preparation, taking into account the exercise of due diligence, and
8  under the circumstances the ends of justice served by a reasonable continuance outweigh the best
9  interest of the public and the defendant in a speedy trial;

10  WHEREAS, the defendant consents to a continuation of the preliminary hearing and an
11  exclusion of time until March 6, 2009; and,

12  THEREFORE, it is hereby stipulated by and between the parties, through their respective
13  counsel of record, that the date for the preliminary hearing be continued to March 6, 2009 at 9:30
14  a.m. under Federal Rule of Criminal Procedure 5.1(d) and Title 18, United States Code, Sections
15  3060 and 3161(b), (h).

16  IT IS SO STIPULATED.

18  DATED: January 9, 2009                JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          /s/ Adam A. Reeves
                                          Adam A. Reeves
                                          Assistant United States Attorney

22  DATED: January 9, 2009                KEKER & VAN NEST LLP

                                          MICHAEL CELIO by AAR with permission
                                          Michael D. Celio
                                          Attorneys for Defendant
                                          ALEXANDER JAMES TRABULSE

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 3-09-70004 (MEJ)

1

1  For the foregoing reasons, the Court HEREBY ORDERS that the preliminary hearing in this
2  matter is continued to March 6, 2009, at 9:30 a.m. before the Honorable Elizabeth D. Laporte.
3  The Court finds that good cause is shown and concludes that the continuance is proper under
4  Rule 5.1(d) of the Federal Rules of Criminal Procedure and Title 18, United States Code,
5  Sections 3060 and 3161.

6  The Court finds that the failure to grant the requested continuance would deny counsel
7  the reasonable time necessary for effective preparation, taking into account the exercise of due
8  diligence. The Court finds that the ends of justice served by granting the requested continuance
9  outweigh the best interests of the public and the defendant in a speedy trial and in the prompt
10 disposition of criminal cases. The Court therefore concludes that this exclusion of time from
11 January 9, 2009 through and including, March 6, 2009 should be made under Title 18, United
12 States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

13 IT IS SO ORDERED.

15 Dated: 1/12/09



Hon. Elizabeth D. Laporte
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 3-09-70004 (MEJ)

2