JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7157
   Facsimile: (415) 436-7234
   Adam.Reeves@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-09-70004 (EMC) |
|    Plaintiff, | STIPULATION AND [PROPOSED] SCHEDULING ORDER |
|    v. | |
| ALEXANDER JAMES TRABULSE, | |
|    Defendant. | |

    WHEREAS, a Criminal Complaint was filed in this matter on January 2, 2009;

    WHEREAS, the defendant was arrested and initially appeared in this matter on January 5, 2009;

    WHEREAS, the Office of the Federal Public Defender entered an appearance as counsel for the defendant on January 16, 2009;

    WHEREAS, Magistrate Judge LaPorte, on January 12, 2009, ordered that, pursuant to Federal Rule of Criminal Procedure 5.1, a preliminary hearing be conducted on or before March

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 3-09-70004 (EMC)

1

1  6, 2009 before Magistrate Judge Chen unless, *inter alia*, the defendant, who is out of custody,
2  waives the preliminary hearing or is indicted;
3       WHEREAS, the defendant's new counsel began to review some of the government's
4  discovery in this case on or about February 3, 2009;
5       WHEREAS, the defendant's new counsel believes that additional time is necessary to
6  review the evidence and investigate the case, and believes it is in the best interests of the
7  defendant to do so before formal charges are filed;
8       WHEREAS, taking into account the public interest in the prompt disposition of criminal
9  cases, these grounds are good cause for extending the time limits for a preliminary hearing under
10 Federal Rule of Criminal Procedure 5.1;
11      WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable
12 time necessary for effective preparation, taking into account the exercise of due diligence, and
13 under the circumstances the ends of justice served by a reasonable continuance outweigh the best
14 interest of the public and the defendant in a speedy trial;
15      WHEREAS, the defendant consents to a continuation of the preliminary hearing and an
16 exclusion of time until April 3, 2009; and,
17      THEREFORE, it is hereby stipulated by and between the parties, through their respective
18 counsel of record, that the date for the preliminary hearing be continued to April 3, 2009 at 9:30
19 a.m. under Federal Rule of Criminal Procedure 5.1(d) and Title 18, United States Code, Sections
20 3060 and 3161(b), (h).
21      IT IS SO STIPULATED.

23 DATE: February 19, 2009           JOSEPH P. RUSSONIELLO
                                     United States Attorney

25                                   _____/S/_____
                                     Adam A. Reeves
                                     Assistant United States Attorney

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 3-09-70004 (EMC)

2

```
1   DATED: February 19, 2009         THE OFFICE OF THE
                                     FEDERAL PUBLIC DEFENDER
2
                                            /S/
3                                    _____
                                     Loren G. Stewart
                                     Counsel for Defendant
4                                    ALEXANDER JAMES TRABULSE
5
```

6        For the foregoing reasons, the Court HEREBY ORDERS that the preliminary hearing in
7   this matter is continued to April 3, 2009, at 9:30 a.m. before the Honorable Bernard Zimmerman.
8   The Court finds that good cause is shown and concludes that the continuance is proper under
9   Rule 5.1(d) of the Federal Rules of Criminal Procedure and Title 18, United States Code,
10  Sections 3060 and 3161.
11       The Court finds that the failure to grant the requested continuance would deny counsel
12  the reasonable time necessary for effective preparation, taking into account the exercise of due
13  diligence.  The Court finds that the ends of justice served by granting the requested continuance
14  outweigh the best interests of the public and the defendant in a speedy trial and in the prompt
15  disposition of criminal cases.  The Court therefore concludes that this exclusion of time from
16  March 6, 2009 through and including, April 3, 2009 should be made under Title 18, United
17  States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).
18       IT IS SO ORDERED.

20  Dated: _____February 20, 2009_____      _____
21                                          Hon. Edward M. Chen
                                            United States Magistrate

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]*

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 3-09-70004 (EMC)

1